# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Steve Winn

V.

John E. Potter, Postmaster General; United States Postal Service

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv630-NLS

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants Defendant's Motion to Enforce Settlement Agreement and Dismiss action.  It is hereby Ordered that: (1) Defendant shall pay Plaintiff a lump sum of $20,000 (twenty thousand dollars) and reinstate 160 (one hundred sixty) hours of annual leave; (2) This lawsuit shall be Dismissed with Prejudice; (3) Defendant shall be released from any and all claims brought by Plaintiff in this lawsuit or arising out of facts which form the basis for this lawsuit.

| October 22, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk

ENTERED ON October 22, 2008

07cv630-NLS